IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICTOR ALFONSO AGUILAR OLARTE,<br><br>**Petitioner,**<br><br>v.<br><br>**CHIEF DIRECTOR OF THE DEPARTMENT OF HOMELAND SECURITY, et al.,**<br><br>**Respondents.** | Case No. 25-CV-00695-SPM |

# ORDER TRANSFERRING CASE

**McGLYNN, District Judge:**

Petitioner Victor Alfonso Aguilar Olarte, an alien detained by United States Immigration and Customs Enforcement (ICE), brings a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner states in his petition that he is being held at the San Luis Regional Detention Center in San Luis, Arizona. (*Id.*, p. 1). The ICE Online Detainee Locator webpage, available at https://locator.ice.gov/odls/homePage.do (last visited April 25, 2025), corroborates Petitioner's statement.

The sole venue for a § 2241 habeas corpus petition is the judicial district where Petitioner is detained. *Webster v. Daniels*, 784 F.3d 1123, 1144 (7th Cir. 2015) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004)). The Court cannot adjudicate a habeas corpus petition filed under 28 U.S.C. § 2241 when the Petitioner is not located in the Court's judicial district. *Moore v. Olson*, 368 F.3d

757, 758 (7th Cir. 2004). The appropriate action is to transfer the case to the new district where Petitioner is located. *See, e.g.*, *Blumeyer v. Hollingsworth*, No. 08-430-JPG-CJP, 2010 WL 1488522, at *3 (S.D. Ill. Apr. 12, 2010). Because San Luis Regional Detention Center is located in the federal judicial district for the District of Arizona, the Court finds that the District of Arizona is the proper venue for this habeas matter.

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the District of Arizona for such further proceedings as that Court may deem appropriate. The Clerk of Court is **DIRECTED** to take all actions necessary to effectuate said transfer.

IT IS SO ORDERED.

DATED:  April 28, 2025

s/ *Stephen P. McGlynn*
STEPHEN P. McGLYNN
U.S. District Judge
